IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN FURLOW,
                                    Appellant,
                    vs.
BRIANA PRICE,
                                    Respondent.

No. 85563

**FILED**

DEC 1 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted to the following extent. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Chief Judge, The Eighth Judicial District Court
      Hon. Kathy A. Hardcastle, Senior Judge
      Blatnik Law, LLC
      Briana Price
      Eighth District Court Clerk

22-39065